**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-6025**

WYATT HESSING,

              Plaintiff - Appellant,

        v.

GARY P. BRUNELLE, Police Officer; ERICCA FIGUEROA, Police
Officer; JOSEPH GUZDOWSKI, Police Officer,

              Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Henry E. Hudson, District
Judge.   (3:13-cv-00595-HEH)

Submitted:  May 29, 2014              Decided:  June 2, 2014

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Wyatt Hessing, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wyatt Hessing appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) action without prejudice under Fed. R. Civ. P. 41(b), for failure to comply with a prior court order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hessing v. Brunelle, No. 3:13-cv-00595-HEH (E.D. Va. Dec. 12, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED